UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MICHAEL BROWN,

    **Plaintiff,**

    v.                            Case No. 13-cv-0944

DEPARTMENT OF CORRECTIONS,
KESHA PACKER, and
BEVERLY DILLON,

    **Defendants,**

## ORDER

Plaintiff, Michael K. Brown, who is proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983, along with a motion for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 and a motion to appoint counsel. By order dated August 29, 2013, plaintiff was ordered to forward to the Clerk of Court within 21 days the sum of $6.79 as an initial partial filing fee in this action. Plaintiff was advised that, upon payment of this fee, the court would determine whether the action can proceed in forma pauperis. The order was returned to the court as undeliverable. The court has reason to believe that plaintiff has been released, but he has not provided the court with his new address. From his failure to provide the court with his new address, the court infers that plaintiff no longer wants to prosecute this action. However, the court will not assess the $350.00 filing fee for this action because the case is being dismissed at such an early stage. Therefore,

**IT IS ORDERED** that this action be and hereby is **DISMISSED WITHOUT PREJUDICE for failure to prosecute**.

**IT IS ALSO ORDERED** that a copy of this order be sent to the warden of the institution where the inmate is confined.

Dated at Milwaukee, Wisconsin, this 2nd day of October, 2013.

s/ Lynn Adelman

LYNN ADELMAN
District Judge